**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:20-cv-02555-WJM-MEH

DEBORAH LAUFER,

      Plaintiff,

v.

CHOI YUN SUB, and
CHOI YOUNG MI d/b/a Budget Host Longhorn Motel,

      Defendants.

---

**FINAL JUDGMENT**

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order Adopting February 23, 2022 Recommendation of United States Magistrate Judge and Denying Plaintiff's Motion for Stay of Proceedings Pending Appeal [49] entered by United States District Judge William J. Martínez on May 10, 2022, it is

ORDERED that Plaintiff's [1] Complaint is dismissed without prejudice. It is

FURTHER ORDERED that this action is terminated. It is

FURTHER ORDERED that all parties will bear their own court costs.

This case is closed.

DATED May 11, 2022, at Denver, Colorado.

                          FOR THE COURT:

                          Jeffrey P. Colwell, Clerk

                          By:    s/H.Guerra
                                  Deputy Clerk